| Date: 04/21/11 | DIVIDENDS REMITTED TO THE COURT | #152249 | | Page: |
|---|---|---|---|---|

Check Number 114 Dated 04/21/11
Case Number 10-18263 - TURNER, ROY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Dominion Gas co.**<br>P.O. Box 26785<br>Richmond, VA 23261<br>   (8-1) Gas Bill<br>   ACCOUNT NO. 1154 | 000008 | 93.98 | 2.51 |
| **GE Money Bank**<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605<br>   (11-1) OLD NAVY<br>   ACCOUNT NO. 3690 | 000011 | 83.17 | 2.23 |
| ---------- Remittance Total -------------- | | 177.15 | 4.74 ck114 |

*Richard Baumgart*
RICHARD A. BAUMGART, Trustee



Printed: 04/21/11 10:31 AM   Ver: 16.02b

10-18263-aih    Doc 24    FILED 04/26/11    ENTERED 04/28/11 08:43:08    Page 1 of 1